ORIGINAL

FILED
DISTRICT COURT OF GUAM

AUG 28 2007

JEANNE G. QUINATA
Clerk of Court

1 nicolesannicoleasinf

2 LEONARDO M. RAPADAS
United States Attorney
3 KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
PHONE: 472-7332
6 FAX: 472-7334

7 Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00084 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** (Count I) |
| NICOLE L. SAN NICOLAS, | ) [16 GCA §18102(b) & 18 U.S.C.§§ 7(3) & 13] **RECKLESS DRIVING** (Count II) |
| Defendant,. | ) [16 GCA § 9107 & 18 U.S.C. § 7(3) & (13)] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)

On or about April 20, 2007, in the District of Guam, the defendant, NICOLE L. SAN NICOLAS, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while she had 0.08% or more, by weight, of alcohol in her blood, in violation of Title 16, Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - RECKLESS DRIVING

On or about April 20, 2007, in the District of Guam, the defendant, NICOLE L. SAN NICOLAS, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did drive and/or operate a motor vehicle upon a

highway in willful or wanton disregard for the safety of persons or property thereon, in violation of Title16, Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

DATED this 28 day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City ____Hagåtña____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **07-00084**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name ____Nicole L. San Nicolas____

Alias Name _____

Address _____
____Barrigada, Guam____

Birthdate __Xx/xx/1983__ SS# __xxx-xx-4286__ Sex __F__ Race __PI__ Nationality __Chamorro__

## U.S. Attorney Information:

SAUSA ____Kristin D. St. Peter____

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**RECEIVED AUG 28 2007 — DISTRICT COURT OF GUAM, HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __2__   ____ Petty __x__ Misdemeanor __ __ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 / 16 GCA 18102(b) | Reckless Driving | 2 |
| Set 2 | 18 USC 7(3) & 13 | Driving Under the Influence | 1 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/28/07__   Signature of AUSA: _____