

```
1  LEONARDO M. RAPADAS
   United States Attorney
2  KRISTIN D. ST. PETER
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
AUG 28 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00084 |
| Plaintiff. | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| NICOLE L. SAN NICOLAS, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, NICOLE L. SAN NICOLAS, based on an Information filed charging the defendant with one count of Driving Under the Influence of Alcohol (BAC) in violation of Title 16, Guam Code Annotated, Section 18102(b) and Title 18, United States Code, Sections 7(3) and 13 and one count of Reckless Driving in violation of Title 16, Guam Code Annotated, Section 9107 and Title 18, United States Code, Sections 7(3) and 13.

Dated this 28 day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney