LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 07-00084
                                 )
            Plaintiff.           )
                                 )        **O R D E R**
       vs.                       ) **re United States' Request for**
                                 ) **Issuance of Summons**
NICOLE L. SAN NICOLAS,           )
                                 )
            Defendant.           )
_____)

    Upon the filing of an Information and at the request of the government,

    IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, September 18, 2007, at 9:00 a.m.

                            **/s/ Joaquin V.E. Manibusan, Jr.**
                                **U.S. Magistrate Judge**
                                **Dated: Aug 29, 2007**