# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>NICOLE L. SAN NICOLAS<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00084 |

**FILED**
**DISTRICT COURT OF GUAM**

AUG 3 1 2007

**JEANNE G. QUINATA**
**Clerk of Court**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>Tuesday September 18, 2007 at 9:00 a.m. |

To answer a(n)

☐ Superseding Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐☐ Supervised Release Violation Petition    ☐ **Violation Notice**

**Charging you with a violation of** _____ **United States Code, Section(s)** _____

**Brief description of offense:**

**Count I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC), 16 GCA §18102(B) &**
**18 U.S.C. 7(3) & 13**
**Count II - RECKLESS DRIVING, 16 GCA §9107 & 18 U.S.C. §7(3) & 13**

RECEIVED

AUG 2  2007

US MARSHALS SERVICE-GUAM

| | |
|---|---|
| **WALTER M. TENORIO, Deputy Clerk**<br>Name and Title of Issuing Officer | Signature of Issuing Officer |
| **August 29, 2007**<br>Date | |

# ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me | Date  8/31/2007 |
|---|---|

### Check one box below to indicate appropriate method of service

☑ **Served personally upon the defendant at:** U S Probation Guam

☐ **Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:**

☐ **Returned unexecuted:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____8/31/2007_____         _____J. Sales_____
         **Date**                        **Name of United States Marshal**

                                    _____
                                    **(by) Deputy United States Marshal**

**Remarks:**

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.