# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00084　　　　　　　　　　　DATE: October 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia Kilgore/Francine Diaz　　　Electronically Recorded: 10:20:16-10:33-40
CSO: B. Pereda

**APPEARANCES:**

Defendant: Nicole L. San Nicolas　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ben Belilies　　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Guilty to Count II.
- Plea: Accepted.
- Sentencing set for: January 24, 2008 at 11:00 A.M.
- Draft Presentence Report due to the parties: December 19, 2007.
- Response to Presentence Report: January 2, 2008.
- Final Presentence Report due to the Court: January 17, 2008.
- Defendant released as previously ordered.

NOTES: