

1  LEONARDO M. RAPADAS
   United States Attorney
2  BENJAMIN A. BELILES
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortes
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
5  Telecopier: (671) 472-7334/7215

6  Attorneys for United States of America

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00084 |
| Plaintiff, | ) | |
| | ) | |
| | ) | **GOVERNMENT'S STATEMENT** |
| vs. | ) | **ADOPTING FINDINGS OF** |
| | ) | **PRESENTENCE REPORT** |
| | ) | |
| NICOLE L. SAN NICOLAS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 27th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By:  _____
     BENJAMIN A. BELILES
     Special Assistant U.S. Attorney


**ORIGINAL**