JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NICOLE SAN NICOLAS



**FILED**
DISTRICT COURT OF GUAM

JAN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-00084 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| NICOLE SAN NICOLAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that sentencing hearing currently scheduled for January 28, 2008, at 11:00 a.m., be continued to a time and date in March 2008, or a date convenient for the Court's calendar.

The parties make this request based upon defense counsel's previously scheduled

//

//

off-island commitments during the later part of January and February 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 18, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
NICOLE SAN NICOLAS

_____
BENJAMIN A. BELILES
Attorney for Plaintiff
UNITED STATES OF AMERICA

2