JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NICOLE SAN NICOLAS

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00084 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| NICOLE L. SAN NICOLAS, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties and for good cause shown, the sentencing previously scheduled for January 24, 2008, is hereby continued to March 5, 2008, at 9:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 25, 2008**