# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00084     DATE: March 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:03:19 - 9:19:55
CSO: B. Pereda

**APPEARANCES:**

Defendant: Nicole L. San Nicolas      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Benjamin A. Beliles    U.S. Agent:
U.S. Probation: Christopher Duenas    U.S. Marshal: None Present
Interpreter:                          Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>1 Year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay fine in the amount of $250.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Governments oral motion to dismiss count I. Granted.

NOTES: