PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Maria C. Cruz, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

☐ **Original Notice**          **X** **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **September 18, 2007** | Date: | **March 5, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **SAN NICOLAS, Nicole L.** | Case Number: | **CRIMINAL Case #07-00084-001** |
| Date of Birth: | **XX-XX-1983** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-4286** | | |

===================================================================

**NOTICE OF COURT ORDER** (Order Date:  **September 19, 2007**  )

**X**  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐  The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐  Defendant not convicted.

**X**  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ✓ Convicted - PS40  and copy of Judgment enclosed.
Defendant (or representative)